UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| MADELINE WINDSOR; <br> DAVID WINDSOR; and GIOVANI ALICIA, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD LAUMAN; UNITED PARCEL SERVICE, INC.; ARTURO CABRERA; and GILBERTO QUINONES MALDONADO, <br><br> Defendants. | ) <br> ) <br> )    Case No.: <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF REMOVAL BY UNITED PARCEL SERVICE, INC.

Defendant, United Parcel Service, Inc. ("UPS"), by its attorneys, Scott C. Bentivenga and Julie A. Carrillo of Lewis Brisbois Bisgaard & Smith LLP, and pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1332, hereby files its Notice of Removal of this cause to the United States District Court for the Northern District of Illinois, from the Circuit Court of Cook County, Illinois, and respectfully states:

1. On October 7, 2015, Plaintiffs, Madeline Windsor, David Windsor and Giovani Alicea, filed an action in the Circuit Court of Cook County, Illinois, entitled <u>Madeline Windsor; David Windsor; and Giovani Alicea v. Ronald Lauman; United Parcel Service, Inc.; Arturo Cabrera; and Gilberto Quinones Maldonado</u>, Case No. 2015L010243. Defendant in said action now files this Notice of Removal. Upon receiving a file-marked copy hereof, Defendant will serve this Notice of Removal upon the other parties hereto and file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

2. Defendant, UPS, is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Georgia.

3. Defendant, Ronald Lauman, is a resident of the State of Ohio. He resides at 2044 Lehman, Toledo, Ohio, 43611. Defendant, Ronald Lauman, is a citizen of Ohio.

4. Upon information and belief, Defendants, Arturo Cabrera and Gilberto Quinones Maldonado, are residents of the State of Indiana. They are believed to reside at 4033 Cameron Avenue, Hammond, Indiana 46327. Upon information and belief, Defendants, Arturo Cabrera and Gilberto Quinones Maldonado, are citizens of Indiana.

5. Upon information and belief, Plaintiffs, David and Madeline Windsor, are residents of the State of Illinois. Upon information and belief, they reside at 3847 W. School Street, Chicago, Il 60618. It is unknown where Plaintiff, Giovani Alicea, resides. Upon information and belief, Plaintiffs are citizens of Illinois.

6. Plaintiffs commenced this cause of action on October 7, 2015, by filing their Complaint and having summons issued thereon. A summons and copy of the Complaint were served on UPS on November 10, 2015. Copies of the Summons and Complaint are attached hereto as Exhibit A.

7. The amount in controversy in this cause exceeds $75,000. Plaintiffs allege that they sustained injuries in excess of $50,000. Under Illinois law, Plaintiffs may recover any amount awarded to them over $50,000 if proven. Plaintiffs claim that they were injured in a vehicle collision causing them to sustain injuries of a physical, personal and pecuniary nature. Given that, the amount of controversy and special damages in controversy exceeds $75,000.

8. Because this controversy is entirely between citizens of different states and the amount in controversy exceeds $75,000, this Defendant desires to remove said cause from the

4836-5102-7756.1

Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois based on diversity jurisdiction.

WHEREFORE, Defendant, UNITED PARCEL SERVICE, INC., respectfully requests that this case proceed before the United States District Court for the Northern District of Illinois as an action properly removed.

Respectfully submitted,

/s/ Scott C. Bentivenga_____
One of the Attorneys for Defendant,
United Parcel Service, Inc.

Scott C. Bentivenga (Scott.Bentivenga@lewisbrisbois.com) (#6198298)
Julie A. Carrillo (Julie.Carrillo@lewisbrisbois.com) (#6317086)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street
Suite 300
Chicago, Illinois 60661
T (312) 345-1718
F (312) 345-1778

4836-5102-7756.1