UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MADELINE WINDSOR; DAVID WINDSOR; and GIOVANI ALICIA, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD LAUMAN; UNITED PARCEL SERVICE, INC.; ARTURO CABRERA; and GILBERTO QUINONES MALDONADO, <br><br> Defendants. | Case No.: 15-cv-11119 <br><br> Jury Trial Demanded |

**DEFENDANT'S MOTION FOR TRANSFER OF VENUE**

NOW COMES Defendant, United Parcel Service, Inc. ("UPS"), by and through its attorneys, Lewis Brisbois Bisgaard & Smith LLP, and respectfully requests this Court to transfer this matter from the Northern District of Illinois to the Northern District of Indiana, pursuant to 28 U.S.C. §1404. In support thereof, Defendant states as follows:

For the following reasons, the Northern District of Indiana is a more appropriate venue:

1) The subject accident occurred in Lake County, Indiana, which is located in the Northern District of Indiana;

2) The Plaintiff's selected forum of Cook County, Illinois, has, at most, a minimal relationship with the conduct and events giving rise to the cause of action;

3) Any nonparty eyewitnesses to the subject accident would likely reside in the Lake County, Indiana area;

4) All investigating agencies, including the Indiana State Police Department District 21, are located in the Northern District of Indiana;

5) All medical treaters, including the Hammond Fire Department and medical providers at St. Margaret's Hospital, are located in the Northern District of Indiana; and

6) Defendants, Ronald Lauman, Arturo Cabrera and Gilberto Quinones Maldonado have each filed motions to dismiss based on a lack of personal jurisdiction over them in Illinois.

As there is no question that the Northern District of Indiana is a proper venue, and the transferring of venue will serve the convenience of the parties and witnesses, as well as the interests of justice, Defendant respectfully requests that this Honorable Court grant its Motion for Transfer of Venue.

A Brief in Support of this Motion is attached hereto and incorporated herein.

Respectfully submitted,

/s/ Scott C. Bentivenga_____
One of the Attorneys for Defendant,
United Parcel Service, Inc.

Scott C. Bentivenga (Scott.Bentivenga@lewisbrisbois.com) (#6198298)
Julie A. Carrillo (Julie.Carrillo@lewisbrisbois.com) (#6317086)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street
Suite 300
Chicago, Illinois 60661
T (312) 345-1718
F (312) 345-1778

4830-0262-2252.1