

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

October 13, 2016

RE: Windsor et al v. United Parcel Service et al

Case No: 15-cv-11119

Dear Clerk:

Pursuant to the order entered by Honorable Andrea R. Wood, on 9/28/2016, the above record

■ was electronically transmitted to: United States District Court for the Northern District of Indiana

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/ Jessica J. Ramos
Deputy Clerk

Enclosures

New Case No. _____   Date _____

cc: Non-ECF Attorneys and Pro se Parties